**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | |
|---|---|
| CASSIDY GILLIS<br><br>Plaintiff,<br><br>v.<br><br>RICHMOND COUNTY SHERIFF'S OFFICE; SHERIFF EUGENE BRANTLEY; FORMER SHERIFF RICHARD ROUNDTREE, in his individual and official capacity; KIMBERLY LEE, in her individual and official capacity; JOSEPH A. CLARKE, in his individual and official capacity, and JOHN DOES,<br><br>Defendants. | CV: 1:25-cv-00165-JRH-BKE |

**<u>JOINT MOTION TO EXTEND DEADLINES</u>**

COMES NOW, all parties, by and through undersigned counsel, and files this, their Joint Motion to Extend Deadlines, showing the Court as follows:

1. Pursuant to the Order entered by the Court on January 5, 2026, the deadline for the Close of Fact Discovery is April 6, 2026. (Doc. 19).
2. The parties are still in the process of exchanging discovery.
3. Further, Counsel for Plaintiff previously provided available dates for depositions; however, those dates have since passed without the depositions being scheduled. As a result, Plaintiff's counsel has provided potential depositions in May.
4. Additionally, however, one of the parties to be deposed is in prison.
5. Counsel for the parties request an extension of ninety (90) days to complete fact discovery.

6. This motion has been presented out of necessity and not for purposes of delay.

Respectfully submitted this 2nd day of APRIL 2026.

/s/ Erin E. Wingo
Tanya D. Jeffords (Ga Bar: 390055)
Erin E. Wingo (Ga Bar: 156829)
LAW OFFICES OF TANYA D. JEFFORDS
AND ASSOC. P.C.
437 Walker Street
Augusta, GA 30901
*Attorneys for Plaintiff*

JOINED BY:

/s/ Davis A. Dunaway
Davis A. Dunaway
William J. Keogh, III
HULL BARRETT, P.C.
801 Broad Street, 7th Floor
Augusta, GA 30901
ddunaway@hullbarrett.com
wkeogh@hullbarrett.com

/s/ Tameka Haynes
Randolph Frails
Tameka Haynes
FRAILS & WILSON, LLC
211 Pleasant Home Road, Ste A1
Augusta, Georgia 30907
randyfrails@frailswilsonlaw.com
tamekahaynes@frailswilsonlaw.com
*Attorneys for Defendant Clarke*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | |
|---|---|
| CASSIDY GILLIS<br><br>Plaintiff,<br><br>v.<br><br>RICHMOND COUNTY SHERIFF'S OFFICE; SHERIFF EUGENE BRANTLEY; FORMER SHERIFF RICHARD ROUNDTREE, in his individual and official capacity; KIMBERLY LEE, in her individual and official capacity; JOSEPH A. CLARKE, in his individual and official capacity, and JOHN DOES,<br><br>Defendants. | CV: 1:25-cv-00165-JRH-BKE |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the above and foregoing; JOINT MOTION TO EXTEND DEADLINES upon Counsel for Defendants via e-file and email to:

Davis A. Dunaway William J.
Keogh, III HULL BARRETT,
P.C. 801 Broad Street, 7th Floor
Augusta, GA 30901
ddunaway@hullbarrett.com
wkeogh@hullbarrett.com

Randolph Frails
Tameka Haynes
FRAILS & WILSON, LLC
211 Pleasant Home Road, Ste A1
Augusta, Georgia 30907
randyfrails@frailswilsonlaw.com
tamekahaynes@frailswilsonlaw.c
om Attorneys for Defendant
Clarke

as required by law.

This 2nd day of APRIL 2026.

/s/ Erin E. Wingo

Tanya D. Jeffords (Ga Bar: 390055)
Erin E. Wingo (Ga Bar: 156829)
LAW OFFICES OF TANYA D. JEFFORDS
AND ASSOC. P.C.
437 Walker Street
Augusta, GA 30901
*Attorneys for Plaintiff*

Law Offices of Tanya D.
Jeffords and Associates, PC
437 Walker Street
Augusta, Georgia 30901
706-722-3019