IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

CASSIDY GILLIS, )
)
Plaintiff )
)
**VS.** ) CIVIL CASE NO: 1:25CV-00165
)
RCSO; BRANTLEY; FORMER SHERIFF )
ROUNDTREE; LEE; & CLARKE, )
)
Defendants. )

**AMENDED APPLICATION FOR LEAVE OF COURT**

COMES NOW, Tanya D. Jeffords, counsel of record in the above-captioned case, and files her Amended Application for Leave of Court pursuant to Southern District Local Rule 83.9. The undersigned seeks Amended Leave of Absence for the following dates and purposes:

**August 12 – August 20, 2026, for: Family Obligations – son is returning to college**

The undersigned requests that this amended leave of absence be applicable to all proceedings which might otherwise be scheduled in this case including, but not limited to, hearings, trials, and depositions during the aforementioned period.

Counsel for all interested parties have been notified by receiving service of this motion in accordance with the notice of electronic filing.

This 9th day of July 2026.

*/s/Tanya D. Jeffords*
Tanya D. Jeffords
Attorney for Defendant

Law Offices of Tanya D. Jeffords
and Associates, PC
437 Walker Street
Augusta, GA 30901
(706)722-3019
Email: tjeffords@jeffordslaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| CASSIDY GILLIS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| **VS.** | ) | CIVIL CASE NO: 1:25CV-00165 |
| | ) | |
| RCSO; BRANTLEY; FORMER SHERIFF ROUNDTREE; LEE; & CLARKE, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the within and foregoing was served on the following persons:

Davis Dunaway
Truist Building 7th Floor
801 Broad Street
Augusta, GA 30907
(706)722-4481

Randolph Frails
211 Pleasant Home Road, Suite A1
Augusta, GA 30907
(706)855-6715

Tameka Haynes
211 Pleasant Home Road, Suite A1
Augusta, GA 30907
(706)855-6715

Respectfully submitted this 9th day of July 2026.

*/s/ Tanya D. Jeffords*
Tanya D. Jeffords
Attorney for Defendant

Law Offices of Tanya D. Jeffords
and Associates, PC
437 Walker Street
Augusta, GA 30901
Telephone: (706)722-3019
Email: tjeffords@jeffordslaw.com